Counsel for plaintiff has submitted to the Full Commission his affidavit of 14 September 1995, in support of his request for attorney's fees and expenses pursuant to G.S. § 97-88, which is hereby incorporated within.
Counsel for plaintiff has documented (46.1) hours of work, for which he requests to be paid at the rate of $250.00 per hour, and out-of-pocket expenses of $246.39 on behalf of plaintiff in this claim.
The undersigned find that the above referenced amount is not reasonable given the nature of this case. This being an appeal brought by the insurer resulting in the ultimate award of benefits to the injured employee, the Full Commission ORDERS the following:
 1. Counsel for plaintiff is entitled to and shall be paid by defendant a reasonable ATTORNEY'S FEE of $4,610.00 for his representation of plaintiff before the Full Commission. G.S. § 97-88.
 2. Counsel for plaintiff is entitled to and shall be paid by defendant an amount of $246.39 for EXPENSES INCURRED in his representation of plaintiff before the Full Commission. G.S. § 97-88.
No further costs are assessed at this time.
 S/ _____________________________ THOMAS J. BOLCH COMMISSIONER
CONCURRING:
S/ _____________________________ J. HOWARD BUNN, JR. CHAIRMAN
S/ _____________________________ BERNADINE S. BALLANCE